March 2, 2020

**VIA ECF**

Hon. Lewis J. Liman
United States Courthouse
500 Pearl St.
New York, NY 10007

The parties shall submit briefing according to the schedule proposed by the parties. The conference is ADJOURNED sine die.

SO ORDERED. 3/3/2020.

*[signature]*

Re: *Steven Matzura v. California Pizza Kitchen, Inc.*,
    Case No. 19-CV-10336 (LL)

Dear Judge Liman,

We write on behalf of both parties to respectfully request an adjournment of the Parties' Initial Pretrial Conference before the Court scheduled for March 9, 2020 at 3:30 p.m., and to propose a briefing schedule on Defendant's Motion to Dismiss Plaintiff's Complaint.

By way of background, on January 24, 2020, Defendant filed a Pre-Motion Letter regarding its anticipated Motion to Dismiss with Judge Koeltl. On January 29, 2020, Plaintiff responded to Defendant's Pre-Motion Letter. This matter was reassigned to Your Honor before a pre-motion conference was conducted, and Your Honor set an Initial Pretrial Conference for March 9, 2020 at 3:30 p.m.

In light of the foregoing, and to conserve the parties' resources, the parties respectfully request that the Initial Pretrial Conference be adjourned and that parties be permitted to brief the anticipated Motion to Dismiss pursuant to the following briefing schedule:

1. Date for Defendant's Motion to Dismiss: March 23, 2020.

2. Date for Plaintiff's to Reply to Defendant's Motion to Dismiss: April 6, 2020.

3. Date for Defendant's Reply: April 13, 2020.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

/*s/ Jeffrey Gottlieb*/                    /*s/ Sean Kirby*/

Jeffrey Gottlieb                            Sean Kirby
Gottlieb & Associates                       Sheppard, Mullin, Richter & Hampton LLP
150 East 18th Street                        30 Rockefeller Plaza
New York, New York 10003                    New York, New York 10112

*Attorneys for Plaintiff*                   *Attorneys for Defendant*