UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
STEVEN MATZURA, on behalf of himself and all other                 :
persons similarly situated,                                        :
                                                                   :
                             Plaintiff,                            :        19-cv-10336 (LJL)
                                                                   :
          -v-                                                      :        ORDER
                                                                   :
CALIFORNIA PIZZA KITCHEN,                                          :
                                                                   :
                             Defendant.                            :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     The complaint in this case was filed on November 6, 2019.  Dkt. No. 1.  On March 23,

2020, following an extension of time to respond, Defendant filed a motion to dismiss.  Dkt. No.

20.  Plaintiff timely filed its first amended complaint on April 6, 2020, Dkt. No. 23, and

thereafter Defendant filed the operative motion to dismiss on April 20, 2020, Dkt. No. 24.

     Pursuant to Paragraph 3(B) of the Court's Individual Rules of Practice in Civil Cases, the

previously filed motion to dismiss is DENIED AS MOOT.

     The Clerk of Court is respectfully directed to close Dkt. No. 20.


     SO ORDERED.

Dated: May 15, 2020                          _____
       New York, New York                              LEWIS J. LIMAN
                                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/15/2020